**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kevin F. Perry | Social Security number or ITIN  xxx–xx–7199 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Diane Perry | Social Security number or ITIN  xxx–xx–1468 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–20233–CMG | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kevin F. Perry                                    Diane Perry

7/14/21                              **By the court:** Christine M. Gravelle
                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 18-20233-CMG
Kevin F. Perry                                                                             Chapter 13
Diane Perry
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                            User: admin                            Page 1 of 3
Date Rcvd: Jul 14, 2021                     Form ID: 3180W                       Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**       **Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin F. Perry, Diane Perry, 40 Roberta Drive, Howell, NJ 07731-2733 |
| 517542848 | + | Aes/chase Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 517647028 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517542859 | + | Ditech, Po Box 6172, Rapid City, SD 57709-6172 |
| 517542874 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 517662488 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 517542860 | + | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 517542861 | + | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 518335977 | | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 518335978 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450, LoanCare, LLC, P.O. Box 8068 Virginia Beach VA 23450-8068 |
| 517542864 | + | Northland Group, Inc., PO BOX 390846, Mail Code KHL1, Minneapolis, MN 55439-0846 |
| 517542865 | + | Rubin and Rothman, LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 517542866 | + | Selip & Stylianou, 10 Forest Ave. PO BOX 914, Paramus, NJ 07653-0914 |
| 517542871 | + | Tenaglia & Hunt, PA, 395 West Passaic St., Ste. 205, Rochelle Park, NJ 07662-3016 |
| 517542873 | + | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661-3631 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517542850 | | EDI: BANKAMER.COM | Jul 15 2021 00:28:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517542849 | + | EDI: BANKAMER.COM | Jul 15 2021 00:28:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517625306 | | EDI: BL-BECKET.COM | Jul 15 2021 00:28:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517542853 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jul 14 2021 20:36:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 517542855 | + | EDI: CITICORP.COM | Jul 15 2021 00:28:00 | Citibank / Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 517542854 | + | EDI: CITICORP.COM | Jul 15 2021 00:28:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517542857 | + | EDI: CITICORP.COM | Jul 15 2021 00:28:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517542856 | + | EDI: CITICORP.COM | | |

Case 18-20233-CMG   Doc 45   Filed 07/16/21   Entered 07/17/21 00:12:04   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2021 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 15 2021 00:28:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517542858 | + | EDI: CITICORP.COM | Jul 15 2021 00:28:00 | Citicards Cbna, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 517542851 | | EDI: JPMORGANCHASE | Jul 15 2021 00:28:00 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 517542852 | | EDI: JPMORGANCHASE | Jul 15 2021 00:28:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517542863 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 14 2021 20:36:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517542862 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 14 2021 20:36:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517631333 | | EDI: Q3G.COM | Jul 15 2021 00:28:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517545507 | + | EDI: RMSC.COM | Jul 15 2021 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517542867 | + | EDI: RMSC.COM | Jul 15 2021 00:28:00 | Synchrony Bank/Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 517542868 | + | EDI: RMSC.COM | Jul 15 2021 00:28:00 | Synchrony Bank/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 517542869 | + | EDI: RMSC.COM | Jul 15 2021 00:28:00 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 517542870 | + | EDI: RMSC.COM | Jul 15 2021 00:28:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517542872 | *+ | Tenaglia & Hunt, PA, 395 West Passaic St., Ste. 205, Rochelle Park, NJ 07662-3016 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021       Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 14, 2021 | Form ID: 3180W | Total Noticed: 36 |

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Loan Care Servicing Center Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Kevin F. Perry imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Diane Perry imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Kevin Gordon McDonald | on behalf of Creditor Loan Care Servicing Center Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7